In the Matter of MATTHEW PETERS, Appellant.
WILLIS E. HEATON et al., Composing the Character Committee of the Third Judicial District, Respondent.

(Submitted March 19, 1929; decided April 16, 1929.)

*Matthew Peters*, appellant, in person.

*P. C. Dugan* for respondent.

Order affirmed. Question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.